# Court of Appeals
# of the State of Georgia

ATLANTA,  January 31, 2018

*The Court of Appeals hereby passes the following order:*

**A18A0953. MARY EVANS v. JULIAN ARNOLD.**

Following a bench trial, Julian Arnold obtained a judgment against Mary Evans in the Municipal Court of Columbus, Muscogee County for $1,200.00, plus court costs of $50.50. Evans filed a notice of appeal. We, however, lack jurisdiction.

Although final judgments of the Municipal Court of Columbus, Muscogee County are directly appealable as if a judgment from a state or superior court, Ga. L. 1983, pp. 4453-4454, § 33 (c), appeals of all actions for damages in which the judgment is $10,000.00 or less must be by application for discretionary appeal. OCGA § 5-6-35 (a) (6); see also *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). Evans's failure to comply with the discretionary appeal procedure deprives this Court of jurisdiction to consider his appeal. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/31/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*